# UNITED STATES DISTRICT COURT
for the

District of Columbia 

Civil Division

| | |
|---|---|
| Omar Medina Alejandro ) <br> ) <br> ) <br> _____ ) <br> *Plaintiff(s)* ) <br> *(Write the full name of each plaintiff who is filing this complaint.* ) <br> *If the names of all the plaintiffs cannot fit in the space above,* ) <br> *please write "see attached" in the space and attach an additional* ) <br> *page with the full list of names.)* ) <br> -v- ) <br> ) <br> Joseph Biden, Joe ) <br> President of the United States ) <br> ) <br> ) <br> _____ ) <br> *Defendant(s)* ) <br> *(Write the full name of each defendant who is being sued. If the* ) <br> *names of all the defendants cannot fit in the space above, please* ) <br> *write "see attached" in the space and attach an additional page* ) <br> *with the full list of names.)* ) | Case: 1:22-cv-00399 <br> Assigned To : Unassigned <br> Assign. Date : 2/14/2022 <br> Description: Pro Se Gen. Civ. (F-DECK) <br><br> Jury Trial: *(check one)* ☐ Yes ✔ No |

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

    A. **The Plaintiff(s)**

        Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Omar Medina Alejandro |
| Street Address | 354 3/4 West Sepulveda Street |
| City and County | San Pedro, Los Angeles |
| State and Zip Code | California, 90731 |
| Telephone Number | 562.208.0266 |
| E-mail Address | heartattacknot@gmail.com |

    B. **The Defendant(s)**

        Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Joe Biden Joseph |
| Job or Title *(if known)* | United States President |
| Street Address | 1600 Pennsylvania Avenue, NW |
| City and County | District of Columbia |
| State and Zip Code | Washington- 20500 |
| Telephone Number | 202.456.1111 |
| E-mail Address *(if known)* | n/a |

Defendant No. 2

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Defendant No. 3

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Defendant No. 4

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

RECEIVED
Mail Room
FEB 14 2022
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question         [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

1st Amendment right to the US constitution is raped because people are harassing me at home when I am trying to go to sleep. The defendant, Joe Biden Joseph, was given enough information to deal with the problem I face today and has failed to live up to his duties to me as president of the United States just like Donald Trump.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____ and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

      b.     If the defendant is a corporation

           The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____

           Or is incorporated under the laws of *(foreign nation)* _____ and has its principal place of business in *(name)* _____

           *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.     The Amount in Controversy

           The amount in controversy--the amount the plaintiff claims the defendant owes or the amount at stake--is more than $75,000, not counting interest and costs of court, because *(explain)*:

           $200,000,000.00 I had another near death experience today. People are harassing me at home at 354 3/4 West Sepulveda Street, San Pedro, CA 90731

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.
See pages attached to this complaint, ID'd with: 59059-454565463-654696798034-45645654645-67

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

See pages attached to this complaint, ID'd with: 545459-454454553-65465454545434-45644353-67

Today, at around 9:00 PM Pacific Standard Time, (PST), I was in my room trying to rest but I could not rest because people are harassing me at home for making complaints to the authorities, FBI being one of them, that the complaints regard my health. People will not stop harassing me at home at 354 3/4 West Sepulveda Street, San Pedro, CA 90731. I point out to the court that I don't wear Halloween face masks, unlike other people that do wear Halloween face masks. I almost died today as a result of the US president failing to live up to his (US president's) duties to me as president of the United States. Tonight, people are raping my 4th Amendment right to the US constitution by violating my privacy at home. These same people that violate my privacy at home harass me non-stop to the point I experience near death. I am vulnerable at this moment, because a couple of the days ago I went to the Emergency at the hospital for panic attack an flue like symptoms (possibly Omicron). The fact that I am vulnerable right now, because I am trying to recover from near death experiences from panic attacks form a couple of days ago, makes the ones that violate my privacy at home harass me even more. First of all, people shouldn't be violating my privacy at home. The act of violating my privacy at home is called "Treason." I am not doing anything wrong in my place where I rent, but that doesn't stop people from violating my privacy at home, therefore, these people that violate my privacy at home is committing treason by violating my 4th Amendment right to the US Constitution. The 4th Amendment right to the US Constitution "I have the right to be secured in person." I am not secured in person when my privacy at home is raped. I don't welcome people harassing me at home. These same people that violate my privacy at home, tell me that "I am a traitor to the United States for contacting the law about nothing." I have proof that I went to the Emergency at the Hospital a couple of days ago, once in (02/04/2022) and another visit to the hospital on (02/06/2022). The harassment from people on me is more today, than when I went to the hospital ER (Emergency Response unit) for emergency check-up. It is obvious that the ones that violate my privacy at home are trying to assassinate me with words by harassing me when I am trying to recover from panic attacks. I almost lost my life again, tonight. And for that, I am demanding from the defendant and or the court, $200,000,000.00 Any documentation on my communicating with the US president can be requested from me by email at heartattacknot@gmail.com The same harassment I get from people in public that wear Halloween face mask, is almost the same harassment I receive at home by people that violate my 4th Amendment right to the US constitution by violating my privacy at home. Everybody is wearing Halloween face masks. What is going on here? Halloween is over. I am original hot. I don't need Halloween face masks. Who are these people that wear Halloween face masks 365 days a year instead of just 1 day out of 365 days year? Fraudsters. My mouth is closed and I don't wear Halloween face masks. What about these other people that do wear Halloween face masks and mouth is closed? Who is doing "the speaking in English" for these people that wear Halloween face masks? I need immediate relief today.

Time: 9:35 PM PST

Complaint ID: 59059-454565463-654696798034-45645654645-67

RECEIVED
Mail Room

FEB 14 2022

Angela D. Caesar, Clerk of Court
U.S. District Court, D. 02/08/2022

# AFTER VISIT SUMMARY 

**Omar Medina** DoB: 7/6/1986
📅 2/4/2022  📍 PROVIDENCE LCOM SAN PEDRO EMERGENCY CENTER 310-514-5354

## Instructions

Your personalized instructions can be found at the end of this document.


### Your medications have changed
➡ START taking:
hydrOXYzine hydrochloride (ATARAX)

Review your updated medication list below.


### Read the attached information
Anxiety, Your Body's Response to (English)


### Pick up these medications at CVS/pharmacy #9122 - San Pedro, CA - 700 S. Gaffey
hydrOXYzine hydrochloride

Address: 700 S. Gaffey, San Pedro CA 90731
Phone:   310-514-2709


### Follow up with Your psychiatrist in 3 days (around 2/7/2022)


### Follow up with PROVIDENCE LCOM SAN PEDRO EMERGENCY CENTER
Why: If symptoms worsen
Specialty: Emergency Medicine
Contact: 1300 W 7th St
San Pedro California 90732-3505
310-514-5354

## Today's Visit

**Reason for Visit**
Panic Attack

**Diagnoses**
- Anxiety
- Panic attack

**Medications Given**
acetaminophen (TYLENOL) Last given at 10:33 AM
LORazepam (ATIVAN) Last given at 10:33 AM


Blood Pressure
131/87

Temperature (Oral)
98.6 °F


Pulse
88

Respiration
18


Oxygen Saturation
98%

## What's Next

You currently have no upcoming appointments scheduled.

# AFTER VISIT SUMMARY 

**Omar Medina** DoB: 7/6/1986
📅 2/6/2022  📍 PROVIDENCE LCOM SAN PEDRO EMERGENCY CENTER 310-514-5354

## Instructions

Thank you for for coming to Providence Little Company of Mary Medical Center, San Pedro for your care today. Please ask your nurse or Dr. Lizaso if you have questions about your care today. Please use any medications, if prescribed, as directed and follow-up with your doctor (or the doctor you were referred to) as directed. If you do not have a primary care doctor, you may follow up at any urgent care clinic or even a local county hospital. Indications for returning to the emergency department have been discussed with you, including worsening anxiety, suicidal or homicidal ideation, hallucinations, for example, but you may return to the Emergency Department at ANY time with any new or concerning symptoms.

It has been a pleasure to serve you.

Sincerely,
Dr. Lizaso

**No orders to display**

No results found.



RECEIVED
Mail Room

FEB 1 4 2022

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

 **Read the attached information**
1. Anxiety, Your Body's Response to (English)
2. Anxiety Disorders, Treating, with Therapy (English)

## Today's Visit

You were seen by Knel V Lizaso, MD

**Reason for Visit**
Anxiety

**Diagnosis**
Acute anxiety

**Medications Given**
LORazepam (ATIVAN) Last given at 3:45 PM

 **Blood Pressure**
138/75

**Temperature (Oral)**
98 °F

 **Pulse**
90

**Respiration**
18

 **Oxygen Saturation**
98%

I almost died again for exercising my 1st by making complaints to the law on treason charges committed in my home where I rent; people are raping my 4th and causing injury to me as a form of punishment for reporting treason to the law. I nearly died tonight. I demand $200,000,000.00 The money will be used for my recovery.

Time: 9:47 PM PST

Complaint ID: 545459-454454553-65465454545434-45644353-67        02/08/2022

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 02/08/2022   9:54 PM PST

Signature of Plaintiff: x [signature]
Printed Name of Plaintiff: Omar Medina Alejandro

B. **For Attorneys**

Date of signing: _____

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address